

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00109-CV

**NEC NETWORKS, LLC** d/b/a CaptureRx,
Appellant

v.

Brooke **GILMARTIN**, Independent Court Administrator of the Estate of J. Edward Charles
Gilmartin, Deceased,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2018PC3985
Honorable Oscar J. Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's denial of appellant NEC Networks, LLC d/b/a CaptureRx's motion to dismiss appellee Brooke Gilmartin's counterclaim for intentional infliction of emotional distress under the Texas Citizens' Participation Act. We RENDER judgment dismissing appellee's intentional infliction counterclaim. We REMAND this cause for a determination of CaptureRx's court costs and reasonable attorney's fees incurred in defending against Brooke Gilmartin's intentional infliction counterclaim. We AFFIRM the trial court's denial of CaptureRx's motion to dismiss Brooke Gilmartin's request for sanctions.

SIGNED November 29, 2023.

_____
Beth Watkins, Justice